# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIS MILLER,

      Plaintiff,

v.                                       CASE NO.:  3:21-cv-00832-BJD-MCR

SGT. WILLIS, et al,

      Defendants.

_____/

## MOTION FOR EXTENSION OF TIME TO INVESTIGATE AND PREPARE ANY NECESSARY RESPONSES

**Defendants WILLIS ET. AL.,** through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., respectfully moves this Court for an additional Sixty (60) days, up to and including May 13, 2023, in which to file any responses which may be due, and in support states the following:

1.    On August 26, 2021, Plaintiff filed a lawsuit pursuant to 42 U.S.C. § 1983. (Doc. 1 at 1). Plaintiff is operating on his Amended Complaint, filed on January 10, 2022 (Doc. 12).

2.    Due to an internal displacement with the Office of the Attorney General, new Counsel has been assigned to this case. New Counsel is currently unavailable to file for the extension of time, and the Office of the Attorney General is filing on her behalf.

3.      The Office of the Attorney General is requesting a sixty (60) day extension for New Counsel to enter her appearance, complete her investigation, and prepare any necessary  responses or pleadings.

4.      The extension of time is before the end of the deadline to file a response and will not result in any prejudice to the Plaintiff.

5.      Defendants request to extend time is for good cause and is not intended to delay these proceedings. See, Fed. R. Civ. P. 6(b)(1)(A).

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order extending the time within which Defendant has to file a response to the Complaint by an additional Sixty (60) days; making such due on or before May 13, 2023.

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/Declan R. Duffy
Declan R. Duffy, Esq.
Senior Assistant Attorney General
Florida Bar No.: 112456
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Tel.: 904-348-2720
E-mail: declan.duffy@myfloridalegal.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been e-filed with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record and that a true and correct copy of the foregoing and furnished by U.S. Mail to: Willis Miller, DC# 130949, Apalachee Correctional Institution - East Unit, 35 Apalachee Drive, Sneads, FL 32460-4166 on this March 15, 2023.

/s/Declan R. Duffy
Declan R. Duffy, Esq.
Office of the Attorney General

**CERTIFICATE OF CONFERRAL**

Pursuant to 3.01(g) of this Court's Local Rules, undersigned counsel has not conferred with Plaintiff due to his incarcerated status; however, a letter requesting Plaintiff's position on the motion is being mailed concurrently with the service of this Motion and undersigned will provide that information to the Court as soon as it is obtained, if before a ruling has been made.

/s/Declan R. Duffy
Declan R. Duffy, Esq.
Office of the Attorney General